UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION


ALEX KEITH PERRY, SR.,                    )
                                          )
                      Plaintiff,          )
                                          )
      v.                                  )          **JUDGMENT**
                                          )
MARTIN O'MALLEY,                          )          2:22-CV-55-BO-BM
Commissioner of Social Security,          )
                                          )
                      Defendant.          )
                                          )

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is
REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

**This case is closed.**


**This judgment filed and entered on March 6, 2024, and served on:**
Branch Vincent, III (via CM/ECF NEF)
David Mervis (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Kenneth Burden (via CM/ECF NEF)


                                    PETER A. MOORE, JR., CLERK

March 6, 2024

                                     /s/ Lindsay Stouch
                                    By: Deputy Clerk